## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL WILLIAM BRUGLIA,<br><br>        Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE PATROL, et al.,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C13-5891 BHS |

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

(1) The R&R is **ADOPTED** in part; (2) Defendants' motion for summary judgment is **GRANTED** on the issues of Eleventh Amendment immunity, qualified immunity, and RCW 4.24.420 immunity; (3) This action is **DISMISSED**; and (4) Bruglia's *in forma pauperis* status is **REVOKED** for purposes of appeal.

Dated May 30, 2014.

William M. McCool
Clerk of Court

s/Mary Trent
Deputy Clerk
